UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MARK MCCLESKY, TRUSTEE ) | |
| AND INDIANA STATE COUNCIL ) | |
| OF PLASTERERS AND CEMENT ) | |
| MASONS HEALTH AND WELFARE ) | |
| AND PENSION FUNDS ) | No. I :05-cv-1 61 2-RLY-TAB |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| MOE CONSTRUCTION CO.,INC. ) | |
| an Indiana Corporation ) | |
| ) | |
| Defendant. ) | |

ORDER

Comes now Moe Construction Company, Inc. ("Defendant"), by Counsel, Gregory L. Thomas, and Mark McClesky, Trustee and Indiana State Council of Plasterers and Cement Masons Health and Welfare and Pension Funds, ("Defendants") having held an telephonic settlement conference related to the 90-day hold on Defendant's bank accounts held at Huntington Bank on December 22, 2006, now enter into the following settlement agreement:

    1. On December 18, 2006, the Court issued an Order in which all of Defendant's bank accounts on deposit with The Huntington National Bank were placed on a (90) day hold by the Court.

    2. The parties agree that twenty seven thousand five hundred dollars $27,5000.00 continue to be placed on hold for ninety (90) days.

3. The balance of any funds on deposit with The Huntington National Bank shall be released immediately to Plaintiff.

4. The parties will continue to work together to resolve the exact amount due and owing to Plaintiff.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED:

1. That twenty seven thousand five hundred dollars $27,5000.00 of Defendant's funds on deposit continue to be placed on hold for ninety (90) days. The balance of any such funds shall be released to Defendant immediately.

Dated: 12/22/06

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Donald D. Schwartz
ARNOLD and KADJAN
19 West Jackson Blvd, Suite 300
Chicago, IL 60604

Gregory L. Thomas
COLEMAN GRAHAM & STEVENSON
10 West Market Street
Suite 1050
Indianapolis, IN 46234

Moe Construction Company
c/o Its Registered Agent, MacLean Eke
2301 Blackgold Drive
Indianapolis, IN 46234